# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL R. HARRIS,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA BRADLEY et al.,<br><br>Respondents. | Case No. CV 20-08623-DMG (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 14, 2021

DOLLY M. GEE
United States District Judge